# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1675
LT Case No. 2008-CF-15058-A

_____

TYRONE HARTSFIELD,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Tyrone Hartsfield, Madison, pro se.

Ashley Moody, Attorney General, and Damaris Reynolds, Assistant Attorney General, Tallahassee, for Appellee.

October 24, 2023

PER CURIAM.

   AFFIRMED.

EDWARDS, C.J., MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____